UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

HDI GLOBAL SPECIALTY SE,                                  :

                              Plaintiff,    :    **STIPULATION OF SETTLEMENT**

    -against-

                                    :    **Civil Action No.: 22-cv-01941**

LA ESPIGUITA SOCCER, LLC, VICTOR
ROMERO, and 1825 BRENTWOOD ROAD        :
ASSOCIATES, LLC,

                                   :

                      Defendants.    :

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsels that the above-captioned action was settled at mediation as part of a global settlement which includes the underlying state court personal injury matter entitled <u>Victor Romero v. 1825 Brentwood Road Associates, LLC and La Espiguita Soccer, LLC.</u>

    **THEREFORE** it is Ordered by the Court that the above-captioned action is discontinued without costs and with prejudice.

**LEWIS JOHS AVALLONE AVILES, LLP**    **KEIDEL & CUNNINGHAM, LLP**

By: _____    By:   **/S/ Howard S. Kronberg**
    Karen M. Berberich, Esq.                          Howard S. Kronberg, Esq.
    *Attorneys for Defendant*                        *Attorneys for Plaintiff*
    *1825 Brentwood Road Associates, LLC*    *HDI Global Specialty SE*
    1377 Motor Parkway, Suite 400                 925 Westchester Avenue, Suite 400
    Islandia, New York 11749                    White Plains, New York 10604
    Tel:   (631) 755-0101                       Tel:   (914) 948-7000

    Dated:  February 8, 2024                    Dated:  February 8, 2024

**LA ESPIGUITA SOCCER, LLC**    **ROSENBAUM & ROSENBAUM, P.C**
*Defendant and Non-Appearing Party*

                                          By:   **/S/ Kevin S. Klein**
                                             Kevin S. Klein, Esq.
                                             *Attorneys for Defendant*

*Victor Romero*
100 Wall Street, 15th Floor
New York, New York 10005
Tel:      (212) 514-5007

Dated: February 8 2024

SO ORDERED: _____